People v Ogle (2023 NY Slip Op 01464)

People v Ogle

2023 NY Slip Op 01464

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ. (Filed Mar. 17, 2023.)

KA 22-00615.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JOHN OGLE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford , 71 AD2d 38 [4th Dept 1979]). (Appeal from Judgment of Wyoming County Court, Michael M. Mohun, J. - Assault, 2nd Degree).